IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MYRA ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3303-CV-S-DW |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | |
| GE DISABILITY BENEFITS CENTER and | ) | |
| GE LONG TERM DISABILITY INCOME | ) | |
| PLAN FOR HOURLY EMPLOYEES | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 18). Pursuant to the stipulation, the above case is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

IT IS SO ORDERED.

Date: April 17, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge